**FILED**

02/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0026

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT CAUSE NO.  DA 23-0026

|  |  |  |
|---|---|---|
| STATE OF MONTANA | ) | |
|     Plaintiff/Appellee, | ) | ORDER EXTENDING TIME |
| vs. | ) | FOR REPLY TO PLAINTIFF'S |
| | **)** | RESPONSE TO OPENING |
| | ) | BRIEF |
| THOMAS WOJTOWICZ | ) | |
|     Defendant/Appellant. | ) | |

In response to Defendant/Appellant's unopposed request for a 2-week extension for his Reply to Plaintiff's Response and good cause therefrom;

IT IS ORDERED THAT Defendant/Appellant shall have an additional 14 days to Reply in this matter, to be filed on or before February 15, 2024.

ELECTRONICALLY SIGNED AND DATED BELOW,

_____
Bowen Greenwood, Clerk of the Supreme Court

cc: Jami Rebsom
    Brad Fjeldheim

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 1 2024